UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY DELLARCIPRETE, | ) | CASE NO. 1:05CV813 |
| | ) | (5:03CR340) |
| Petitioner, | ) | JUDGE CHRISTOPHER A. BOYKO |
| vs. | ) | |
| | ) | JUDGMENT ENTRY |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

CHRISTOPHER A. BOYKO, J.:

This Court, having DENIED Petitioner's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255, enters judgment in favor of Respondent and against Petitioner. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. App. R. 22(b).

IT IS SO ORDERED.

DATE: 12/3/07

*Christopher A. Boyko*
CHRISTOPHER A. BOYKO
United States District Judge